## No. 6.

### W. W. HANDLIN, Appellant, *v.* J. F. BURNETT.
### J. J. BURNETT, Garnishee, Appellee.

Where the garnishee denies having property of the defendant in his possession, the question of appeal from the judgment upon a traverse, is determined by the amount of the judgment against the defendant.

*Appeal from the Sixth District Court, Parish of Orleans.*
*Righter, Judge.*

*J. Carroll Payne* for the Motion.
*E. C. Kelly, Contra.*

#### ON MOTION TO DISMISS.

ROGERS, J.—Plaintiff obtained judgment against defendant, J. F. Burnett, for the sum of two hundred and seventy-five dollars, with legal interest from January 5th, 1880. J. J. Burnett was made garnishee, and answered the interrogato-

ries propounded, by declaring that he was not indebted to J. F. Burnett; nor did he have any rights, property or credit belonging to him, under his control; that he had made no compromise or arrangement since the service of interrogatories with defendant. On a traverse to these answers the judgment was in favor of garnishee; plaintiff appeals. Manifestly, the only amount at stake was the judgment obtained against the defendant. Plaintiff could have obtained by his proceedings no greater sum against garnishee; the amount of that judgment was $275.

It was signed by the District Judge on March 11th, 1880.*

Appeal dismissed.

---

*Court of Appeals, Third Circuit, Parish of St. Landry.*

---

* This Court determined, in Huger *v.* Williams, that it had no jurisdiction over causes decided before August 1st, 1881, and involving less than $500.—Reporter.